UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 NOV -4  P 2: 17

U.S. DISTRICT COURT
NEW HAVEN, CT

UNITED STATES OF AMERICA        :

v.                              :    Crim. No. 3:02cr377(JBA)

LASHAUNDA CRYMES                :

### NOTICE OF APPEAL

Notice is hereby given that LaShaunda Crymes, above named petitioner, hereby appeals to the United States Court of Appeals for the Second Circuit from the district court's order denying motion to vacate or set aside conviction under 28 U.S.C. § 2255 entered on the 27th day of October, 2004.

Respectfully submitted,

*LaShaunda Crymes*
LaShaunda Crymes, pro se
Reg. No. 39018-060
FCI Danbury
33½ Pembroke Station
Danbury, CT 06811-3099

Dated:  November 3, 2004