UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**FILED**

2004 NOV 17 P 12: 54

U.S. DISTRICT COURT
NEW HAVEN, CT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | Crim. No. 3:02cr0377<br>Civil No. 3:03cv1901 |
| LASHAUNDA CRYMES | : | November 15, 2004 |

### MOTION FOR LEAVE TO APPEAL IN FORMA PAUPERIS

**COMES NOW** the petitioner LaShaunda Crymes, pro se, and hereby requests leave, pursuant to 28 U.S.C. § 1915, to proceed with this appeal in forma pauperis (without prepayment of costs.) In support of this motion, the petitioner relies upon the accompanying affidavit and certified inmate account statement.

Respectfully submitted,

*LaShaunda Crymes*
LaShaunda Crymes, pro se
Reg. No. 39018-060
Federal Correctional Institution
33½ Pembroke Station
Danbury, CT 06811-3099

FORM 4.

## AFFIDAVIT ACCOMPANYING MOTION FOR PERMISSION TO APPEAL IN FORMA PAUPERIS

United States District Court for the
District of Connecticut

UNITED STATES OF AMERICA ]
                         ]
         v.              ]    Case No. 3:02cr0377(JBA)
                         ]             3:03cv1901(JBA)
LASHAUNDA CRYMES         ]

**Affidavit in Support of Motion**                **Instructions**

I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct. (28 U.S.C. §§ 1746; 18 U.S.C. §§ 1621.)

Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.

Signed: /s/ Lashaunda Crymes    Date: November 15, 2004

My issues on appeal are:   Whether a plea agreement's waiver provision bars collateral attack on grounds of ineffective assistance of counsel where the habeas petition contains no allegations of ineffective assistance with respect to the actual waiver itself, but instead challenges the validity of the plea agreement as a whole.

For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ 25 | $ 0 | $ 25 | $ 0 |
| Self-employment | $ 0 | $ 0 | $ 0 | $ 0 |
| Income from real property (such as rental income) | $ 0 | $ 0 | $ 0 | $ 0 |
| Interest and dividends | $ 0 | $ 0 | $ 0 | $ 0 |
| Gifts | $ 100 | $ 0 | $ 0 | $ 0 |
| Alimony | $ 0 | $ 0 | $ 0 | $ 0 |
| Child support | $ 0 | $ 0 | $ 0 | $ 0 |
| Retirement (such as social security, pensions, annuities, insurance) | $ 0 | $ 0 | $ 0 | $ 0 |
| Disability (such as social security, insurance payments) | $ 0 | $ 0 | $ 0 | $ 0 |
| Unemployment payments | $ 0 | $ 0 | $ 0 | $ 0 |
| Public-assistance (such as welfare) | $ 0 | $ 0 | $ 0 | $ 0 |
| Other (specify): | $ 0 | $ 0 | $ 0 | $ 0 |
| | $ 0 | $ 0 | $ 0 | $ 0 |

**Total monthly income:** $125.00

2. List your employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| Avis Car Rental | Cleveland Airport | 05/2002 - 12/2002 | $1480.00 |
| | | | |
| | | | |

3. List your spouse's employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| N/A | N/A | N/A | N/A |
| | | | |
| | | | |

4. How much cash do you and your spouse have? $ 50.86

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial Institution | Type of Account | Amount you have | Amount your spouse has |
|---|---|---|---|
| N/A | N/A | N/A | N/A |
| | | | |
| | | | |

If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

5. List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

**Home** (Value)             **Other real estate** (Value)        **Motor Vehicle #1** (Value)
N/A                          N/A                                   Make & year: N/A
                                                                   Model: N/A
                                                                   Registration # N/A

**Motor Vehicle #2** (Value)　　　**Other assets** (Value)　　　**Other assets** (Value)

Make & year: __N/A__　　　　　__N/A__　　　　　　　　__N/A__

Model: __N/A__

Registration # __N/A__

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

**Person owing you or your spouse money**　**Amount owed to you**　**Amount owed to your spouse**

　__N/A__　　　　　　　　　　　__N/A__　　　　　__N/A__

7. State the persons who rely on you or your spouse for support.

Name　　　　　　　　　　Relationship　　　　　　　Age

　__N/A__　　　　　　　　　__N/A__　　　　　　　　__N/A__

8. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

|  | You | Your Spouse |
|---|---|---|
| Rent or home-mortgage payment (including lot rented for mobile home) | $ 0 | $ 0 |
| Are real estate taxes included? [ ] Yes [ ]No  Is property insurance included? [ ] Yes [ ]No | | |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $ 0 | $ 0 |
| Home maintenance (repairs and upkeep) | $ 0 | $ 0 |
| Food | $ 0 | $ 0 |
| Clothing | $ 0 | $ 0 |
| Laundry and dry-cleaning | $ 12 | $ 0 |
| Medical and dental expenses | $ 0 | $ 0 |
| Transportation (not including motor vehicle expenses | $ 0 | $ 0 |
| Recreation, entertainment, newspapers, magazines, etc. | $ 0 | $ 0 |
| Insurance (not deducted from wages or included in mortgage payments) Homeowner's or renter's | $ 0 | $ 0 |
| Life | $ 0 | $ 0 |
| Health | $ 0 | $ 0 |
| Motor vehicle | $ 0 | $ 0 |
| Other: | $ 0 | $ 0 |
| Taxes (not deducted from wages or included in mortgage payments) (specify): | $ 0 | $ 0 |
| Installment payments | $ 0 | $ 0 |
| Motor Vehicle | $ 0 | $ 0 |
| Credit card (name): | $ 0 | $ 0 |
| Department store (name): | $ 0 | $ 0 |
| Other: Prepaid Telephone | $ 15 | $ 0 |
| Alimony, maintenance, and support paid to others | $ 0 | $ 0 |
| Regular expenses for operation of business, profession, or farm (attach detail) | $ 0 | $ 0 |
| Other (specify): FRP Payment | $ 40 | $ 0 |
| Total monthly expenses: | $ 67 | $ 0 |

9. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

[X] Yes [ ] No If yes, describe on an attached sheet.   I expect to be released from prison within the next couple of months.  Upon release, I will begin working an income bearing job.

10. Have you paid-or will you be paying-an attorney any money for services in connection with this case, including the completion of this form?

[ ] Yes [X] No If yes, how much? $ N/A

If yes, state the attorney's name, address, and telephone number:
N/A

11. Have you paid-or will you be paying-anyone other than an attorney (such as a paralegal or a typist) any money for services in connection with this case, including the completion of this form?

[ ] Yes [X] No If yes, how much? $ N/A

If yes, state the person's name, address, and telephone number:
N/A

12. Provide any other information that will help explain why you cannot pay the docket fees for your appeal.
Due to my present incarceration, I do not have a significant source of income and funds are limited.

13. State the address of your legal residence.
708 Maple Street
Jefferson City, Missouri 65101

Your daytime phone number: (____) N/A

Your age: 25    Your years of schooling: 15.5

Your social-security number: 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

*LaShaunda Crymes*
LaShaunda Crymes
November 15, 2004

**TO BE COMPLETED BY AUTHORIZED OFFICER OF INSTITUTION (PLEASE ATTACH A CERTIFIED COPY OF INMATE'S PRISONER ACCOUNT STATEMENT FOR THE PREVIOUS SIX MONTH PERIOD):**

I certify that the attached is a true and accurate copy of the inmate's prisoner account statement.

_____    Authorized
Officer of Institution

## All Transactions

| | |
|---|---|
| Inmate Reg #: | 39018060 |
| Inmate Name: | CRYMES, LASHAUNDA |
| Report Date: | 11/15/2004 |
| Report Time: | 1:34:58 PM |

| | |
|---|---|
| Current Institution: | Danbury FCI |
| Housing Unit: | W |
| Living Quarters: | K04-030L |

| Date/Time | User Id | Transaction Type | Amount | Ref# | Payment# | Balance |
|---|---|---|---|---|---|---|
| 11/10/2004 8:50:17 PM | AMService | ITS Withdrawal | ($5.00) | ITS1110 | | $50.86 |
| 11/10/2004 12:52:32 PM | DAN8439 | FRP Monthly Pymt | ($40.00) | 002021 | | $55.86 |
| 11/10/2004 12:35:37 PM | DAN8439 | Payroll - IPP | $25.38 | JV0004 | | $95.86 |
| 11/9/2004 5:56:26 PM | DAN9791 | Sales | ($74.47) | 66 | | $70.48 |
| 11/9/2004 5:56:32 AM | AMSERVICE | Lockbox - CD | $100.00 | 70119704 | | $144.95 |
| 11/8/2004 8:23:14 PM | AMService | ITS Withdrawal | ($4.00) | ITS1108 | | $44.95 |
| 11/5/2004 7:52:20 PM | AMService | ITS Withdrawal | ($3.00) | ITS1105 | | $48.95 |
| 11/4/2004 5:08:32 PM | AMSERVICE | Western Union | $50.00 | 33302505 | | $51.95 |
| 10/28/2004 9:41:35 PM | AMService | ITS Withdrawal | ($3.00) | ITS1028 | | $1.95 |
| 10/19/2004 1:24:50 PM | DAN6877 | Sales | ($15.75) | 23 | | $4.95 |
| 10/18/2004 9:36:09 PM | AMService | ITS Withdrawal | ($5.00) | ITS1018 | | $20.70 |
| 10/13/2004 1:17:13 PM | DAN9791 | Sales | ($54.75) | 19 | | $25.70 |
| 10/8/2004 9:47:48 AM | DAN8439 | Payroll - IPP | $24.48 | JV0145 | | $80.45 |
| 10/5/2004 9:50:45 PM | AMService | ITS Withdrawal | ($5.00) | ITS1005 | | $55.97 |
| 10/5/2004 2:05:03 PM | AMSERVICE | Western Union | $50.00 | 33300305 | | $60.97 |
| 10/5/2004 1:42:58 PM | DAN8925 | Sales | ($39.20) | 38 | | $10.97 |
| 10/4/2004 9:39:10 PM | AMService | ITS Withdrawal | ($2.00) | ITS1004 | | $50.17 |
| 10/2/2004 9:33:38 PM | AMService | ITS Withdrawal | ($3.00) | ITS1002 | | $52.17 |
| 10/1/2004 3:06:48 PM | AMSERVICE | Western Union | $50.00 | 33300105 | | $55.17 |
| 9/28/2004 9:09:08 PM | AMService | ITS Withdrawal | ($3.00) | ITS0928 | | $5.17 |
| 9/24/2004 6:46:17 PM | AMService | ITS Withdrawal | ($5.00) | ITS0924 | | $8.17 |
| 9/10/2004 10:11:57 AM | DAN8439 | FRP Quarterly Pymt | ($25.00) | 002121 | | $13.17 |
| 9/10/2004 9:41:39 AM | DAN8439 | Payroll - IPP | $26.64 | JV0131 | | $38.17 |
| 9/7/2004 9:00:29 PM | AMService | ITS Withdrawal | ($3.00) | ITS0907 | | $11.53 |
| 9/7/2004 2:08:29 PM | DAN1978 | Sales | ($39.30) | 16 | | $14.53 |
| 9/4/2004 8:08:26 PM | AMService | ITS Withdrawal | ($5.00) | ITS0904 | | $53.83 |
| 9/4/2004 5:05:56 PM | AMSERVICE | Western Union | $50.00 | 33313104 | | $58.83 |
| 8/31/2004 5:20:10 PM | DAN6877 | Sales | ($6.55) | 52 | | $8.83 |
| 8/25/2004 9:01:08 PM | AMService | ITS Withdrawal | ($6.00) | ITS0825 | | $15.38 |
| 8/17/2004 5:01:42 PM | DAN9791 | Sales | ($36.65) | 43 | | $21.38 |
| 8/17/2004 3:14:43 PM | AMSERVICE | Western Union | $50.00 | 33311804 | | $58.03 |
| 8/16/2004 8:35:04 PM | AMService | ITS Withdrawal | ($5.00) | ITS0816 | | $8.03 |
| 8/10/2004 1:19:32 PM | DAN9791 | Sales | ($19.95) | 35 | | $13.03 |
| 8/10/2004 9:42:16 AM | DAN8439 | Payroll - IPP | $22.32 | JV0121 | | $32.98 |
| 8/3/2004 2:04:47 PM | DAN1978 | Sales | ($5.40) | 24 | | $10.66 |
| 8/3/2004 2:00:09 PM | DAN1978 | Sales | ($184.62) | 23 | | $16.06 |
| 8/2/2004 10:47:18 PM | AMService | ITS Withdrawal | ($7.00) | ITS0802 | | $200.68 |
| 8/2/2004 12:08:49 PM | AMSERVICE | Western Union | $200.00 | 33310704 | | $207.68 |
| 7/20/2004 9:17:33 PM | AMService | ITS Withdrawal | ($6.00) | ITS0720 | | $7.68 |
| 7/20/2004 5:50:22 PM | DAN1978 | Sales | ($8.00) | 71 | | $13.68 |
| 7/13/2004 5:10:22 PM | DAN6877 | Sales | ($20.20) | 93 | | $21.68 |
| 7/13/2004 3:03:37 PM | DAN8439 | Payroll - IPP | $26.46 | JV0109 | | $41.88 |
| 7/9/2004 10:58:11 AM | DAN8439 | Manual FRP | ($25.00) | 002095 | | $15.42 |
| 7/6/2004 10:08:04 PM | AMService | ITS Withdrawal | ($10.00) | ITS0706 | | $40.42 |
| 7/6/2004 2:41:51 PM | DAN1978 | Sales | ($111.51) | 53 | | $50.42 |
| 7/2/2004 3:21:52 PM | DAN1470 | FRP Monthly Pymt | $25.00 | 002092-V | | $161.93 |
| 7/2/2004 12:28:17 PM | DAN1470 | FRP Monthly Pymt | ($25.00) | 002092 | | $136.93 |
| 6/26/2004 8:44:26 AM | AMSERVICE | Lockbox - CD | $150.00 | 70110402 | | $161.93 |
| 6/15/2004 1:30:36 PM | DAN6877 | Sales | ($26.25) | 38 | | $11.93 |
| 6/10/2004 3:40:22 PM | DAN8439 | Payroll - IPP | $13.80 | JV0096 | | $38.18 |

1 2



## All Transactions

| Inmate Reg #: | 39018060 | Current Institution: | Danbury FCI |
|---|---|---|---|
| Inmate Name: | CRYMES, LASHAUNDA | Housing Unit: | W |
| Report Date: | 11/15/2004 | Living Quarters: | K04-030L |
| Report Time: | 1:36:03 PM | | |

| Date/Time | User Id | Transaction Type | Amount | Ref# | Payment# | Balance |
|---|---|---|---|---|---|---|
| 6/10/2004 3:12:42 PM | DAN8439 | FRP Quarterly Pymt | $0.00 | 002086 | | $24.38 |
| 6/8/2004 1:16:17 PM | DAN6877 | Sales | ($14.00) | 25 | | $24.38 |
| 6/2/2004 1:22:34 PM | DAN9791 | Sales | ($52.25) | 33 | | $38.38 |
| 5/31/2004 1:11:46 PM | AMSERVICE | Western Union | $90.00 | 33306204 | | $90.63 |
| 5/11/2004 1:42:06 PM | DAN6877 | Sales | ($10.95) | 47 | | $0.63 |
| 5/10/2004 10:36:15 AM | DAN8439 | Payroll - IPP | $5.40 | JV0082 | | $11.58 |
| 4/22/2004 8:00:19 PM | AMService | ITS Withdrawal | ($40.00) | ITS0422 | | $6.18 |
| 4/22/2004 1:05:06 PM | DAN6877 | Sales | ($54.10) | 24 | | $46.18 |
| 4/15/2004 6:11:04 PM | AMSERVICE | Western Union | $100.00 | 33303004 | | $100.28 |
| 3/25/2004 9:03:50 AM | DAN8925 | Sales | ($8.87) | 30 | | $0.28 |
| 3/22/2004 10:21:25 AM | DAN8439 | Self Surrender | $10.00 | 352401 | | $9.15 |
| 3/10/2004 7:59:40 AM | DAN8439 | FRP Quarterly Pymt | $0.00 | 002055 | | ($0.85) |

1 2



| Inmate Reg #: | 39018060 | Current Institution: | Danbury FCI |
| --- | --- | --- | --- |
| Inmate Name: | CRYMES, LASHAUNDA | Housing Unit: | W |
| Report Date: | 11/15/2004 | Living Quarters: | K04-0301 |
| Report Time: | 1:35:45 PM | | |

General Information | Account Balances | Commissary History | Commissary Restrictions | Comments

## General Information

| | |
| --- | --- |
| Administrative Hold Indicator: | No |
| No Power of Attorney: | No |
| Never Waive NSF Fee: | No |
| Max Allowed Deduction %: | 100 |
| PIN: | 4192 |
| FRP Participation Status: | Participating |
| Arrived From: | |
| Transferred To: | |
| Account Creation Date: | 1/8/2003 |
| Local Account Activation Date: | 8/29/2003 7:50:54 AM |
| Sort Codes: | |
| Last Account Update: | 11/10/2004 8:50:17 PM |
| Account Status: | Active |
| ITS Balance: | $4.53 |

### FRP Plan Information

| FRP Plan Type | Expected Amount | Expected Rate |
| --- | --- | --- |
| Quarterly | $25.00 | 0% |
| Monthly | $40.00 | 0% |

## Account Balances

| | |
| --- | --- |
| Account Balance: | $50.86 |
| Pre-Release Balance: | $0.00 |
| Debt Encumbrance: | $0.00 |
| SPO Encumbrance: | $0.00 |
| Other Encumbrances: | $0.00 |
| Outstanding Negotiable Instruments: | $0.00 |
| Administrative Hold Balance: | $0.00 |
| Available Balance: | $50.86 |
| National 6 Months Deposits: | $929.08 |
| National 6 Months Withdrawals: | $878.85 |
| National 6 Months Avg Daily Balance: | $29.84 |
| Local Max. Balance - Prev. 30 Days: | $144.95 |
| Average Balance - Prev. 30 Days: | $23.21 |

## Commissary History

**Purchases**

Validation Period Purchases: $74.47
YTD Purchases: $184.17
Last Sales Date: 11/9/2004 5:56:26 PM

**SPO Information**

SPO's this Month: 0
SPO $ this Quarter: $0.00

**Spending Limit Info**

Spending Limit Override: No
Weekly Revalidation: No
Spending Limit: $290.00
Expended Spending Limit: $64.85
Remaining Spending Limit: $225.15

## Commissary Restrictions

**Spending Limit Restrictions**

Restricted Spending Limit: $0.00
Restricted Expended Amount: $0.00
Restricted Remaining Spending Limit: $0.00
Restriction Start Date: N/A
Restriction End Date: N/A

**Item Restrictions**

| List Name | List Type | Start Date | End Date | Userid | Active |
|---|---|---|---|---|---|

## Comments

**Comments:**