UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 NOV 19 P 2: 42
U.S. DISTRICT COURT
NEW HAVEN, CT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | USCA NO. |
| v. | : | Crim. No. 3:02cr0377 |
| LASHAUNDA CRYMES | : | November 17, 2004 |

### INDEX TO THE RECORD ON APPEAL

### VOLUME I

| DATE FILED | DOCUMENT NAME | DOCUMENT NO. |
|---|---|---|
| 11/05/2003 | Motion to Vacate under 28 U.S.C. 2255i with attached Memo in Support | 45 |
| 01/09/2004 | Transcript of Change of Plea Proceedings | 50 |
| 01/20/2004 | Memorandum in Opposition to Motion to Vacate under 28 U.S.C. 2255 | 51 |
| 04/19/2004 | Reply to Government's Response to Vacate under 28 U.S.C. 2255 | 57 |
| 05/05/2004 | Government's surreply to Motion to Vacate under 28 U.S.C. 2255 | 58 |
| 05/10/2004 | Response to Government's surreply | 59 |
| 10/27/2004 | Ruling denying Motion to Vacate 2255 | 61 |

Respectfully Submitted,

*LaShaunda Crymes*
LaShaunda Crymes, pro se
Reg. No. 39018-060
Federal Correctional Institution
33½ Pembroke Station
Danbury, CT 06811-3099