UNITES STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | **Crim. No. 3:02cr0377 (JBA)** |
| : | |
| **LaSHAUNDA CRYMES** : | |

ENDORSEMENT ORDER [DOCS. ## 63, 64]

Petitioner's Motion for Certificate of Appealability [doc. #64] is **DENIED**. As stated in this Court's ruling of October 27, 2004 [doc. #61], Petitioner upon pleading guilty explicitly waived her right to collaterally attack or appeal her conviction or sentence.

Petitioner's Motion for Leave to Appeal *In Forma Pauperis* [doc. #63] is **GRANTED**.

IT IS SO ORDERED.

_____/s/_____
JANET BOND ARTERTON, U.S.D.J.

**Dated at New Haven, Connecticut, this 6th day of December, 2004.**