**UNITED STATES COURT OF APPEALS**
**FOR THE SECOND CIRCUIT**
THURGOOD MARSHALL U.S. COURT HOUSE
40 FOLEY SQUARE
NEW YORK   10007

**Roseann B. MacKechnie**
**CLERK**

FILED
2004 DEC -6 P 1:31
U.S. DISTRICT COURT
NEW HAVEN, CT

Date:                       11/29/04

Docket Number:         04-6025-cr
Short Title:                USA v. Crymes
DC Docket Number:    02-cr-377
DC:                          DISTRICT OF CONNECTICUT (NEW HAVEN)
DC Judge:                 Honorable Janet Arterton


ROA REQUEST


Dear Appeals Coordinator:

   You are hereby directed by this Court to cause the certified agency record in the above entitled action to be transmitted to this office no later than _____12/9/04_____.

   Please send the record that pertains to Appellant Lashasunda Crymes only. Thank You

Please Sign and print your name below:

(Your Signature)_____

(Print Your Name)_____


                                                         Very truly yours,
                                                         Roseann B. MacKechnie, Clerk

                                                         By: Steglich
                                                         Anna Steglich
                                                         Deputy Clerk